Andrew O. Smith, Esq., SBN 217538
Silvia E. Luna, Esq., SBN 315077
**PETTIT KOHN INGRASSIA LUTZ & DOLIN PC**
5901 W. Century Blvd., Suite 1100
Los Angeles, CA 90045
Telephone: (310) 649-5772
Facsimile: (310) 649-5777
E-mail: aosmith@pettitkohn.com
           sluna@pettitkohn.com

Attorneys for Defendant
**WALMART, INC.**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| ANTONIA SILVA<br><br>                    Plaintiff,<br><br>v.<br><br>WALMART, INC.; WAL-MART ASSOCIATES, INC.; WAL-MART STORES, INC.; and DOES 1 TO 20, Inclusive,<br><br>                    Defendants. | CASE NO.:  2:18-CV-9942<br><br>**DECLARATION OF SILVIA E. LUNA, ESQ. IN SUPPORT OF DEFENDANT WALMART, INC.'S NOTICE OF REMOVAL OF ACTION PURSUANT TO 28 U.S.C. §§ 1332 AND 1441(b) [DIVERSITY]**<br><br>Courtroom:<br>District Judge:<br>Magistrate Judge:<br>Complaint Filed: August 3, 2018<br>Trial Date:          February 3, 2020 |

I, Silvia E. Luna, Esq. declare:

1.      I am an attorney at law duly licensed to practice before all the courts of the State of California.  I am an associate with the law firm of Pettit Kohn Ingrassia Lutz & Dolin PC, attorneys of record for Defendant WALMART, INC., a Delaware corporation (hereinafter referred to as "Walmart").

2.      I am familiar with the facts and proceedings of this case and if called as a witness, I could and would competently testify to the following facts from my own personal knowledge.

///

3.      Attached to the Notice of Removal as Exhibit 1 is a true and correct copy of ANTONIA SILVA's (hereinafter referred to as "Plaintiff") civil complaint, filed in the Superior Court for the State of California, County of Los Angeles on August 3, 2018.

4.      Attached to the Notice of Removal as Exhibit 2 is a true and correct copy of the state court summons served on Walmart on August 31, 2018.

5.      Attached to the Notice of Removal as Exhibit 3 is a true and correct copy of Walmart's corporate information obtained from the Secretary of State California Business Search, website address: https://businesssearch.sos.ca.gov/.

6.      Walmart is a corporation organized and existing under the laws of the State of Delaware, with its principal place of business in Arkansas.  Attached to the Notice of Removal as Exhibit 4 is a true and correct copy of Walmart's corporate information obtained from the Arkansas Secretary of State Business & Commercial Services' Business Entity Search, website address: https://www.sos.arkansas.gov/corps/search_all.php.

7.      Attached to the Notice of Removal as Exhibit 5 is a true and correct copy of Defendant Wal-Mart Associates, Inc.'s corporate information obtained from the Secretary of State California Business Search, website address: https://businesssearch.sos.ca.gov/.

8.      Wal-Mart Associates, Inc.'s is a corporation organized and existing under the laws of the State of Delaware, with its principal place of business in Arkansas.  Attached to the Notice of Removal as Exhibit 6 is a true and correct copy of Wal-Mart Associates, Inc.'s corporate information obtained from the Arkansas Secretary of State Business & Commercial Services' Business Entity Search, website address: https://www.sos.arkansas.gov/corps/search_all.php.

9.      I am informed and believe that Defendant Wal-Mart Stores East, Inc. was erroneously sued as Defendant Wal-Mart Stores, Inc. Attached to the Notice of Removal as Exhibit 7 is a true and correct copy of Defendant Wal-Mart Stores East,

Inc.'s corporate information obtained from the Secretary of State California Business Search, website address: https://businesssearch.sos.ca.gov/.

10.     Defendant Wal-Mart Stores East, Inc. is a corporation organized and existing under the laws of the State of Delaware, with its principal place of business in Arkansas. Attached to the Notice of Removal as Exhibit 8 is a true and correct copy of Wal-Mart Stores East, Inc.'s corporate information obtained from the Arkansas Secretary of State Business & Commercial Services' Business Entity Search, website address: https://www.sos.arkansas.gov/corps/search_all.php.

11.     It is respectfully submitted that the diversity of citizenship requirements of 28 U.S.C. § 1332 are hereby satisfied.

I declare under penalty of perjury pursuant to the laws of the State of California that the foregoing is true and correct, except as to those matters which are stated upon information and belief, and as to such matters, I am informed and believe that they are true and correct.

Executed this 28th day of November, in Los Angeles, California.


s/ Silvia E. Luna, Esq.
_____
Silvia E. Luna, Esq.
Email: sluna@pettitkohn.com

2354-9012

DECL. OF SILVIA E. LUNA, ESQ. IN SUPPORT OF NOTICE OF REMOVAL OF ACTION
CASE NO. 2:18-CV-9942

# CERTIFICATE OF SERVICE

I hereby certify that the following document(s):

**DECLARATION OF SILVIA E. LUNA, ESQ. IN SUPPORT OF NOTICE OF REMOVAL OF ACTION**

was/were served on this date to counsel of record:

[ X ] **BY MAIL:** By placing a copy of the same in the United States Mail, postage prepaid, and sent to their last known address(es) listed below.

[ ] **BY E-MAIL DELIVERY:** Based on an agreement of the parties to accept service by e-mail or electronic transmission, I sent the above document(s) to the person(s) at the e-mail address(es) listed below. I did not receive, within a reasonable amount of time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

[ ] **BY ELECTRONIC TRANSMISSION:** I electronically filed the above document(s) with the Clerk of the Court using the CM/ECF system. The CM/ECF system will send notification of this filing to the person(s) listed below.

Mauro Fiore, Esq.
LAW OFFICES OF MAURO FIORE, Jr.
136 E. Lemon Ave
Monrovia, CA 91016
Tel: (626) 856-5856
Fax: (626) 386-5520
**Attorneys for Plaintiff**
**ANTONIA SILVA**

Executed on **November 28, 2018**, at Los Angeles, California.


_____/s/ Bridgette Araiza_____
Bridgette Araiza

2354-9012

4
DECL. OF SILVIA E. LUNA, ESQ. IN SUPPORT OF NOTICE OF REMOVAL OF ACTION
CASE NO. 2:18-CV-9942

# COPY

PLD-PI-001

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address):<br>MAURO FIORE, JR.<br>LAW OFFICES OF MAURO FIORE, JR.<br>136 E. LEMON AVENUE<br>MONROVIA, CA 91016<br><br>TELEPHONE NO: 626-856-5856   FAX NO. (Optional): 626-386-5520<br>E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): PLAINTIFF | FOR COURT USE ONLY<br><br>CONFORMED COPY<br>ORIGINAL FILED<br>Superior Court Of California<br><br>AUG 03 2018<br><br>Sherri R. Carter, Executive Officer/Clerk<br>By: Cristina Grijalva, Deputy |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
STREET ADDRESS: 111 N. HILL STREET
MAILING ADDRESS: SAME
CITY AND ZIP CODE: LOS ANGELES, CA 90012
BRANCH NAME:

PLAINTIFF: ANTONIA SILVA,

DEFENDANT: WALMART, INC.; WAL-MART ASSOCIATES, INC.; WAL-MART STORES, INC. AND

[X] DOES 1 TO 20, INCLUSIVE,

| | |
|---|---|
| COMPLAINT—Personal Injury, Property Damage, Wrongful Death<br>[ ] AMENDED (Number):<br>Type (check all that apply):<br>[ ] MOTOR VEHICLE        [X] OTHER (specify): PREMISES LIABILITY<br> [ ] Property Damage      [ ] Wrongful Death<br> [X] Personal Injury      [ ] Other Damages (specify): | |

| | |
|---|---|
| Jurisdiction (check all that apply):<br>[ ] ACTION IS A LIMITED CIVIL CASE<br>  Amount demanded [ ] does not exceed $10,000<br>              [ ] exceeds $10,000, but does not exceed $25,000<br>[X] ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)<br>[ ] ACTION IS RECLASSIFIED by this amended complaint<br>  [ ] from limited to unlimited<br>  [ ] from unlimited to limited | CASE NUMBER:<br><br>BC 716531 |

BY FAX

1. Plaintiff (name or names): ANTONIA SILVA,

   alleges causes of action against defendant (name or names): WALMART, INC.; WAL-MART ASSOCIATES, INC.; WAL-MART STORES, INC.
2. This pleading, including attachments and exhibits, consists of the following number of pages: 5
3. Each plaintiff named above is a competent adult
   a. [ ] except plaintiff (name):
      (1) [ ] a corporation qualified to do business in California
      (2) [ ] an unincorporated entity (describe):
      (3) [ ] a public entity (describe):
      (4) [ ] a minor [ ] an adult
         (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) [ ] other (specify):
      (5) [ ] other (specify):

   b. [ ] except plaintiff (name):
      (1) [ ] a corporation qualified to do business in California
      (2) [ ] an unincorporated entity (describe):
      (3) [ ] a public entity (describe):
      (4) [ ] a minor [ ] an adult
         (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) [ ] other (specify):
      (5) [ ] other (specify):

   [ ] Information about additional plaintiffs who are not competent adults is shown in Attachment 3.

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001 [Rev. January 1, 2007]

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**

Legal Solutions Plus

Code of Civil Procedure, § 425.12

## EXHIBIT 1

5

*(Left margin, rotated text:)* POS: 01 / 17 / 2020 TRIAL: 02 . 03 . 2020 OSC: 06/03-07 2021

PLD-PI-001

| SHORT TITLE: SILVA V. WALMART, INC.; ET AL. | CASE NUMBER: |
|---|---|

4. ☐ Plaintiff (name):

    is doing business under the fictitious name (specify):

    and has complied with the fictitious business name laws.

5. Each defendant named above is a natural person

a. ☒ except defendant (name): WALMART, INC.

  (1) ☐ a business organization, form unknown
  (2) ☒ a corporation
  (3) ☐ an unincorporated entity (describe):

  (4) ☐ a public entity (describe):

  (5) ☐ other (specify):

c. ☒ except defendant (name): WAL-MART STORES, INC.

  (1) ☐ a business organization, form unknown
  (2) ☒ a corporation
  (3) ☐ an unincorporated entity (describe):

  (4) ☐ a public entity (describe):

  (5) ☐ other (specify):

b. ☒ except defendant (name): WAL-MART ASSOCIATES, INC.

  (1) ☐ a business organization, form unknown
  (2) ☒ a corporation
  (3) ☐ an unincorporated entity (describe):

  (4) ☐ a public entity (describe):

  (5) ☐ other (specify):

d. ☐ except defendant (name):

  (1) ☐ a business organization, form unknown
  (2) ☐ a corporation
  (3) ☐ an unincorporated entity (describe):

  (4) ☐ a public entity (describe):

  (5) ☐ other (specify):

☐ Information about additional defendants who are not natural persons is contained in Attachment 5.

6. The true names of defendants sued as Does are unknown to plaintiff.

a. ☒ Doe defendants (specify Doe numbers): 1 TO 10      were the agents or employees of other named defendants and acted within the scope of that agency or employment.

b. ☒ Doe defendants (specify Doe numbers): 11 TO 20      are persons whose capacities are unknown to plaintiff.

7. ☐ Defendants who are joined under Code of Civil Procedure section 382 are (names):

8. This court is the proper court because

a. ☐ at least one defendant now resides in its jurisdictional area.
b. ☐ the principal place of business of a defendant corporation or unincorporated association is in its jurisdictional area.
c. ☒ injury to person or damage to personal property occurred in its jurisdictional area.
d. ☐ other (specify):

9. ☐ Plaintiff is required to comply with a claims statute, and

a. ☐ has complied with applicable claims statutes, or
b. ☐ is excused from complying because (specify):

COMPLAINT—Personal Injury, Property
Damage, Wrongful Death

**EXHIBIT 1**

6

PLD-PI-001

| | |
|---|---|
| SHORT TITLE: SILVA V. WALMART, INC.; ET AL. | CASE NUMBER: |

10. The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached)*:
    a.      Motor Vehicle
    b.  X    General Negligence
    c.      Intentional Tort
    d.      Products Liability
    e.  X    Premises Liability
    f.      Other *(specify):*

11. Plaintiff has suffered
    a.  X   wage loss
    b.     loss of use of property
    c.  X   hospital and medical expenses
    d.  X   general damage
    e.     property damage
    f.  X   loss of earning capacity
    g.  X   other damage *(specify):* PRE AND POST INTEREST JUDGMENT

12.      The damages claimed for wrongful death and the relationships of plaintiff to the deceased are
    a.     listed in Attachment 12.
    b.     as follows:

13. The relief sought in this complaint is within the jurisdiction of this court.

14. **Plaintiff prays** for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
    a.  (1)  X   compensatory damages
        (2)     punitive damages
    The amount of damages is *(in cases for personal injury or wrongful death, you must check (1)):*
        (1)  X   according to proof
        (2)     in the amount of: $

15.      The paragraphs of this complaint alleged on information and belief are as follows *(specify paragraph numbers):*

Date: 07/31/2018

MAURO FIORE, JR.
_____
(TYPE OR PRINT NAME)

► _____
(SIGNATURE OF PLAINTIFF OR ATTORNEY)

**COMPLAINT—Personal Injury, Property
Damage, Wrongful Death**

**EXHIBIT 1**

**7**

PLD-PI-001(2)

| SHORT TITLE: SILVA V. WALMART, INC.; ET AL. | CASE NUMBER: |
| --- | --- |

FIRST _____    **CAUSE OF ACTION—General Negligence**    Page   4

(number)

ATTACHMENT TO [X] Complaint [   ] Cross - Complaint

*(Use a separate cause of action form for each cause of action.)*

GN-1. Plaintiff *(name)*:   ANTONIA SILVA,

alleges that defendant *(name)*:   WALMART, INC.; WAL-MART ASSOCIATES, INC.; WAL-MART STORES, INC. AND

[X] Does 1_____ to 20, INCLUSIVE,

was the legal (proximate) cause of damages to plaintiff.  By the following acts or omissions to act, defendant negligently caused the damage to plaintiff
on *(date)*: 08/06/2016
at *(place)*: 8500 WASHINGTON BLVD., PICO RIVERA, CA 90660

*(description of reasons for liability):*
DEFENDANTS NEGLIGENTLY, CARELESSLY AND RECKLESSLY OWNED, ENTRUSTED, MANAGED AND MAINTAINED THEIR STORE SO AS TO ALLOW A DANGEROUS CONDITION TO EXIST, SPECIFICALLY A WET AND SLIPPERY FLOOR. AS A RESULT AS PLAINTIFF WAS WALKING THROUGH THE STORE PLAINTIFF SLIPPED AND FELL SUSTAINING PHYSICAL INJURIES AS ALLEGED HEREIN.

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(2) [Rev. January 1, 2007]

**CAUSE OF ACTION—General Negligence**

Legal
Solutions
& Plus

Code of Civil Procedure 425.12

**EXHIBIT 1**

8

PLD-PI-001(4)

| SHORT TITLE: SILVA V. WALMART, INC.; ET AL. | CASE NUMBER: |
|---|---|

SECOND _____     **CAUSE OF ACTION—Premises Liability**     Page _5_____
(number)

ATTACHMENT TO [X] Complaint [ ] Cross-Complaint

*(Use a separate cause of action form for each cause of action.)*

Prem.L-1.   Plaintiff *(name):* ANTONIA SILVA,
     alleges the acts of defendants were the legal (proximate) cause of damages to plaintiff.
     On *(date):* 08/06/2016      plaintiff was injured on the following premises in the following

     fashion *(description of premises and circumstances of injury):*
     DEFENDANTS NEGLIGENTLY, CARELESSLY AND RECKLESSLY OWNED, ENTRUSTED,
     MANAGED AND MAINTAINED THEIR STORE SO AS TO ALLOW A DANGEROUS
     CONDITION TO EXIST, SPECIFICALLY A WET AND SLIPPERY FLOOR. AS A RESULT
     AS PLAINTIFF WAS WALKING THROUGH THE STORE PLAINTIFF SLIPPED AND FELL
     SUSTAINING PHYSICAL INJURIES AS ALLEGED HEREIN.

Prem.L-2.   [X] **Count One--Negligence** The defendants who negligently owned, maintained, managed and operated
     the described premises were *(names):* WALMART, INC.; WAL-MART ASSOCIATES, INC.;
     WAL-MART STORES, INC. AND

     [X] Does _1_____ to _20_____

Prem.L-3.   [ ] **Count Two--Willful Failure to Warn** [Civil Code section 846] The defendant owners who willfully
     or maliciously failed to guard or warn against a dangerous condition, use, structure, or activity were
     *(names):*

     [ ] Does _____ to _____
     Plaintiff, a recreational user, was [ ] an invited guest [ ] a paying guest.

Prem.L-4.   [ ] **Count Three--Dangerous Condition of Public Property** The defendants who owned public property
     on which a dangerous condition existed were *(names):*

     [ ] Does _____ to _____
     a. [ ] The defendant public entity had [ ] actual [ ] constructive notice of the existence of the
         dangerous condition in sufficient time prior to the injury to have corrected it.
     b. [ ] The condition was created by employees of the defendant public entity.

Prem.L-5. a. [X] **Allegations about Other Defendants** The defendants who were the agents and employees of the
     other defendants and acted within the scope of the agency were *(names):* WALMART, INC.; WAL-
     MART ASSOCIATES, INC.; WAL-MART STORES, INC. AND

     [X] Does _1_____ to _20_____

     b. [ ] The defendants who are liable to plaintiffs for other reasons and the reasons for their liability are
         [ ] described in attachment Prem.L-5.b [ ] as follows *(names):*

Page 1 of 1

**EXHIBIT 1**
9

# COPY

**SUMMONS**
*(CITACION JUDICIAL)*

**SUM-100**

**NOTICE TO DEFENDANT:** WALMART, INC.; WAL-MART
*(AVISO AL DEMANDADO):* ASSOCIATES, INC.; WAL-MART
STORES, INC. AND DOES 1 TO 20, INCLUSIVE,

**YOU ARE BEING SUED BY PLAINTIFF:** ANTONIA SILVA,
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*

> *FOR COURT USE ONLY*
> *(SOLO PARA USO DE LA CORTE)*
>
> **CONFORMED COPY**
> **ORIGINAL FILED**
> Superior Court Of California
>
> AUG 03 2018
>
> Sherri R. Carter, Executive Officer/Clerk
> By: Cristina Grijalva, Deputy

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association. NOTE: The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.
*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

| | |
|---|---|
| The name and address of the court is:<br>*(El nombre y dirección de la corte es):*<br>LOS ANGELES SUPERIOR COURT<br>111 N. HILL STREET<br>LOS ANGELES, CA 90012 | **CASE NUMBER:**<br>*(Número del Caso)*<br>**BC 7 1 6 5 3 1** |

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
MAURO FIORE, JR.            626-856-5856    626-386-5520
LAW OFFICES OF MAURO FIORE, JR.
136 E. LEMON AVENUE
MONROVIA, CA 91016

| DATE:<br>*(Fecha)* AUG 0 3 2018 | SHERRI R. CARTER<br>Clerk, by<br>*(Secretario)* CRIS. GRIJALVA | , Deputy<br>*(Adjunto)* |
|---|---|---|

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

**NOTICE TO THE PERSON SERVED:** You are served

1. [ ] as an individual defendant.
2. [ ] as the person sued under the fictitious name of *(specify):*
3. [✓] on behalf of *(specify):* Wal·Mart Associates, Inc

   under: [✓] CCP 416.10 (corporation)        [ ] CCP 416.60 (minor)
          [ ] CCP 416.20 (defunct corporation)   [ ] CCP 416.70 (conservatee)
          [ ] CCP 416.40 (association or partnership) [ ] CCP 416.90 (authorized person)
          [ ] other *(specify):*
4. [✓] by personal delivery on *(date):*

[SEAL]

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 (Rev. July 1, 2009)

**SUMMONS**

Legal
Solutions
Plus

Code of Civil Procedure §§ 412.20, 465

**EXHIBIT 2**

**10**

**Alex Padilla**
**California Secretary of State**

 # Business Search - Entity Detail

The California Business Search is updated daily and reflects work processed through Wednesday, November 14, 2018. Please refer to document **Processing Times** for the received dates of filings currently being processed. The data provided is not a complete or certified record of an entity. Not all images are available online.

## C1634374    WALMART INC.

| | |
|---|---|
| **Registration Date:** | 02/03/1989 |
| **Jurisdiction:** | DELAWARE |
| **Entity Type:** | FOREIGN STOCK |
| **Status:** | ACTIVE |
| **Agent for Service of Process:** | **C T CORPORATION SYSTEM (C0168406)** |
| | To find the most current California registered Corporate Agent for Service of Process address and authorized employee(s) information, click the link above and then select the most current 1505 Certificate. |
| **Entity Address:** | 702 SW 8TH STREET BENTONVILLE AR 72716 |
| **Entity Mailing Address:** | 702 SW 8TH STREET BENTONVILLE AR 72716 |

A Statement of Information is due EVERY year beginning five months before and through the end of February.

| Document Type ⇅ | File Date ⇊ | PDF |
|---|---|---|
| PUBLICLY TRADED DISCLOSURE | 07/03/2018 | |
| SI-COMPLETE | 01/09/2018 | |
| AMENDED REGISTRATION | 12/14/2017 | |
| PUBLICLY TRADED DISCLOSURE | 07/03/2017 | |
| SI-COMPLETE | 01/11/2017 | |
| PUBLICLY TRADED DISCLOSURE | 08/17/2016 | |
| PUBLICLY TRADED DISCLOSURE | 07/16/2015 | |

**EXHIBT 3**
**11**

| Document Type ↕ | File Date ↓F | PDF |
|---|---|---|
| PUBLICLY TRADED DISCLOSURE | 07/01/2013 | |
| PUBLICLY TRADED DISCLOSURE | 07/02/2012 | |
| PUBLICLY TRADED DISCLOSURE | 06/28/2011 | |
| PUBLICLY TRADED DISCLOSURE | 06/30/2010 | |
| PUBLICLY TRADED DISCLOSURE | 09/04/2009 | |
| PUBLICLY TRADED DISCLOSURE | 06/30/2008 | |
| PUBLICLY TRADED DISCLOSURE | 06/07/2007 | |
| PUBLICLY TRADED DISCLOSURE | 07/24/2006 | |
| PUBLICLY TRADED DISCLOSURE | 06/29/2005 | |
| PUBLICLY TRADED DISCLOSURE | 06/01/2004 | |
| PUBLICLY TRADED DISCLOSURE | 12/09/2003 | Image unavailable. Please request paper copy. |
| REGISTRATION | 02/03/1989 | |

\* Indicates the information is not contained in the California Secretary of State's database.

- If the status of the corporation is "Surrender," the agent for service of process is automatically revoked. Please refer to California Corporations Code **section 2114** for information relating to service upon corporations that have surrendered.
- For information on checking or reserving a name, refer to **Name Availability**.
- If the image is not available online, for information on ordering a copy refer to **Information Requests**.
- For information on ordering certificates, status reports, certified copies of documents and copies of documents not currently available in the Business Search or to request a more extensive search for records, refer to **Information Requests**.
- For help with searching an entity name, refer to **Search Tips**.
- For descriptions of the various fields and status types, refer to **Frequently Asked Questions**.

| **Modify Search** | **New Search** | **Back to Search Results** |
|---|---|---|

**EXHIBT 3**
**12**



## Search Incorporations, Cooperatives, Banks and Insurance Companies

Printer Friendly Version

LLC Member information is now confidential per Act 865 of 2007

Use your browser's back button to return to the Search Results

Begin New Search

For service of process contact the Secretary of State's office.

| | |
|---|---|
| Corporation Name | WALMART INC. |
| Fictitious Names | BUD'S DISCOUNT CITY |
| | BUD'S WAREHOUSE OUTLET |
| | BUD'S WAREHOUSE OUTLET |
| | FORT SMITH REMARKETING |
| | SAM'S CLUB |
| | SAM'S WHOLESALE CLUB |
| | WAL-MART |
| | WAL-MART AVIATION |
| | WAL-MART EXPRESS |
| | WAL-MART NEIGHBORHOOD MARKET |
| | WAL-MART NEIGHBORHOOD MARKET |
| | WAL-MART SUPERCENTER |
| | WAL-MART SUPERCENTER |
| | WAL-MART SUPERCENTER |
| | WAL-MART SUPERCENTER #1147 |
| | WAL-MART SUPERCENTER #8 |
| | WAL-MART VACATIONS |
| | WALTON LIFE FITNESS CENTER |
| Filing # | 100067582 |
| Filing Type | Foreign For Profit Corporation |
| Filed under Act | For Bus Corp; 958 of 1987 |
| Status | Good Standing |
| Principal Address | |
| Reg. Agent | THE CORPORATION COMPANY |
| Agent Address | 124 WEST CAPITOL AVENUE SUITE 1900 |
| | LITTLE ROCK, AR 72201 |
| Date Filed | 03/31/1970 |
| Officers | SEE FILE, Incorporator/Organizer |
| | RICKY YOUNG , Tax Preparer |
| | C DOUGLAS MCMILLON , President |
| | GORDON ALLISON , Secretary |
| | ANTHONY WALKER , Vice-President |
| | MICHAEL COOK , Treasurer |
| | M BRETT BIGGS , Controller |
| Foreign Name | N/A |
| Foreign Address | 702 SW 8TH STREET |
| | BENTONVILLE, AR 72716 |
| State of Origin | DE |

**Purchase a Certificate of Good Standing for this Entity**     **Pay Franchise Tax for this corporation**

**EXHIBIT 4**

**13**

**Alex Padilla**
**California Secretary of State**

 Business Search - Entity Detail

The California Business Search is updated daily and reflects work processed through Wednesday, November 14, 2018. Please refer to document **Processing Times** for the received dates of filings currently being processed. The data provided is not a complete or certified record of an entity. Not all images are available online.

## C1990849   WAL-MART ASSOCIATES, INC.

| | |
|---|---|
| **Registration Date:** | 10/01/1996 |
| **Jurisdiction:** | DELAWARE |
| **Entity Type:** | FOREIGN STOCK |
| **Status:** | ACTIVE |
| **Agent for Service of Process:** | **C T CORPORATION SYSTEM (C0168406)** |
| | To find the most current California registered Corporate Agent for Service of Process address and authorized employee(s) information, click the link above and then select the most current 1505 Certificate. |
| **Entity Address:** | 702 SW 8TH STREET |
| | BENTONVILLE AR 72716 |
| **Entity Mailing Address:** | 702 SW 8TH STREET |
| | BENTONVILLE AR 72716 |

A Statement of Information is due EVERY year beginning five months before and through the end of October.

| Document Type ⇅ | File Date ⬇ | PDF |
|---|---|---|
| SI-COMPLETE | 09/06/2018 | |
| SI-COMPLETE | 09/08/2017 | |
| REGISTRATION | 10/01/1996 | |

* Indicates the information is not contained in the California Secretary of State's database.

- If the status of the corporation is "Surrender," the agent for service of process is automatically revoked. Please refer to California Corporations Code **section 2114** for information relating to service upon corporations that have surrendered.
- For information on checking or reserving a name, refer to **Name Availability**.
- If the image is not available online, for information on ordering a copy refer to **Information Requests**.
- For information on ordering certificates, status reports, certified copies of documents and copies of documents not currently available in the Business Search or to request a more extensive search for records, refer to **Information Requests**.

**EXHIBIT 5**
**14**

- For help with searching an entity name, refer to **Search Tips**.
- For descriptions of the various fields and status types, refer to **Frequently Asked Questions**.

| Modify Search | New Search | Back to Search Results |

**EXHIBIT 5**
**15**



### Search Incorporations, Cooperatives, Banks and Insurance Companies

Printer Friendly Version

LLC Member information is now confidential per Act 865 of 2007

Use your browser's back button to return to the Search Results

Begin New Search

For service of process contact the Secretary of State's office.

| | |
|---|---|
| Corporation Name | WAL-MART ASSOCIATES, INC. |
| Fictitious Names | |
| Filing # | 100136288 |
| Filing Type | Foreign For Profit Corporation |
| Filed under Act | For Bus Corp; 958 of 1987 |
| Status | Good Standing |
| Principal Address | |
| Reg. Agent | THE CORPORATION COMPANY |
| Agent Address | 124 WEST CAPITOL AVENUE<br>SUITE 1900<br>LITTLE ROCK, AR 72201 |
| Date Filed | 10/04/1996 |
| Officers | SEE FILE, Incorporator/Organizer<br>RICKY YOUNG , Tax Preparer<br>BONNIE GUST , President<br>GORDON Y ALLISON , Secretary<br>ANTHONY WALKER , Vice-President<br>LISA WADLIN , Treasurer<br>CRAIG IHLE , Controller |
| Foreign Name | N/A |
| Foreign Address | 702 SW 8TH STREET<br>BENTONVILLE, 72716 |
| State of Origin | DE |

**Purchase a Certificate of Good Standing for this Entity**     **Pay Franchise Tax for this corporation**

**EXHIBIT 6**
**16**

**Alex Padilla**
**California Secretary of State**

 # Business Search - Entity Detail

The California Business Search is updated daily and reflects work processed through Wednesday, November 14, 2018. Please refer to document **Processing Times** for the received dates of filings currently being processed. The data provided is not a complete or certified record of an entity. Not all images are available online.

## C1990847   WAL-MART STORES EAST, INC.

| | |
|---|---|
| **Registration Date:** | 10/01/1996 |
| **Jurisdiction:** | DELAWARE |
| **Entity Type:** | FOREIGN STOCK |
| **Status:** | SURRENDER |
| **Agent for Service of Process:** | **C T CORPORATION SYSTEM (C0168406)** |
| | To find the most current California registered Corporate Agent for Service of Process address and authorized employee(s) information, click the link above and then select the most current 1505 Certificate. |
| **Entity Address:** | 702 SW 8TH STREET BENTONVILLE AR 72716 |
| **Entity Mailing Address:** | 702 SW 8TH STREET BENTONVILLE AR 72716 |

| Document Type ⬍ | File Date ⬇ | PDF |
|---|---|---|
| SURRENDER | 02/01/2013 | |
| SI-COMPLETE | 09/05/2012 | |
| SI-COMPLETE | 10/03/2011 | |
| REGISTRATION | 10/01/1996 | |

* Indicates the information is not contained in the California Secretary of State's database.

- If the status of the corporation is "Surrender," the agent for service of process is automatically revoked. Please refer to California Corporations Code **section 2114** for information relating to service upon corporations that have surrendered.
- For information on checking or reserving a name, refer to **Name Availability**.
- If the image is not available online, for information on ordering a copy refer to **Information Requests**.

**EXHIBIT 7**
**17**

- For information on ordering certificates, status reports, certified copies of documents and copies of documents not currently available in the Business Search or to request a more extensive search for records, refer to **Information Requests**.
- For help with searching an entity name, refer to **Search Tips**.
- For descriptions of the various fields and status types, refer to **Frequently Asked Questions**.

| Modify Search | New Search | Back to Search Results |

**EXHIBIT 7**
**18**



## Search Incorporations, Cooperatives, Banks and Insurance Companies

Printer Friendly Version

LLC Member information is now confidential per Act 865 of 2007

Use your browser's back button to return to the Search Results

Begin New Search

For service of process contact the Secretary of State's office.

| | |
|---|---|
| Corporation Name | WAL-MART STORES EAST, INC. |
| Fictitious Names | |
| Filing # | 100167263 |
| Filing Type | For Profit Corporation |
| Filed under Act | Dom Bus Corp; 958 of 1987 |
| Status | Converted |
| Principal Address | |
| Reg. Agent | THE CORPORATION COMPANY |
| Agent Address | 124 WEST CAPITOL AVENUE<br>SUITE 1900<br>LITTLE ROCK, AR 72201 |
| Date Filed | 01/29/1999 |
| Officers | SEE FILE, Incorporator/Organizer<br>KRISTIN KUHLOW , Tax Preparer<br>WILLIAM S SIMON , President<br>GORDON Y ALLISON , Secretary<br>J COUNCILL LEAK , Vice-President<br>CHARLES M HOLLEY , Treasurer<br>STEVEN P WHALEY , Controller |
| Foreign Name | N/A |
| Foreign Address | |
| State of Origin | N/A |

**Pay Franchise Tax for this corporation**

**EXHIBIT 8**
**19**

Andrew O. Smith, Esq., SBN 217538
Silvia E. Luna, Esq., SBN 315077
**PETTIT KOHN INGRASSIA LUTZ & DOLIN PC**
5901 W. Century Blvd, #1100
Los Angeles, CA 90045
Tel: (310) 649-5772
Fax: (310) 649-5777
Email: sluna@pettitkohn.com

Attorneys for Defendant
**WALMART, INC.**

# SUPERIOR COURT OF THE STATE OF CALIFORNIA

## FOR THE COUNTY OF LOS ANGELES

| | |
|---|---|
| ANTONIA SILVA | CASE NO.: BC716531 |
| Plaintiff, | |
| v. | **DEFENDANT WALMART, INC.'S REQUESTS FOR ADMISSION PROPOUNDED TO PLAINTIFF ANTONIA SILVA** |
| WALMART, INC.; WAL-MART ASSOCIATES, INC.; WAL-MART STORES, INC.; and DOES 1 TO 20, Inclusive, | **(SET TWO)** |
| Defendants. | Dept.: 4 |
| | Judge: Hon. Dennis J. Landin |
| | Filed: August 3, 2018 |
| | Trial: February 3, 2020 |

PROPOUNDING PARTY:   Defendant WALMART, INC.

RESPONDING PARTY:   Plaintiff ANTONIA SILVA

SET NUMBER:   TWO (2)

Defendant WALMART, INC. ("Defendant") pursuant to California Code of Civil Procedure section 2033.010 et seq., requests that Plaintiff ANTONIA SILVA ("Plaintiff") admit the truth to the following specified matters of fact, opinion relating to fact, or application of relative fact, and return the signed responses within thirty days of service of this Requests for Admission.

Pursuant to California Code of Civil Procedure section 2033.210, Plaintiff shall respond in writing under oath separately to each request or set forth an objection to the particular request.

1

1  Each answer in response shall be as "complete and straightforward as the information reasonably
2  available to the responding party permits." Moreover, each response shall comply with the strict
3  requirements of section 2033.010 et seq. Additionally, Defendant formally gives notice of its
4  intent to recover expenses incurred in proving matters not admitted by Plaintiff that Defendant
5  later proves the truth of, pursuant to the Code of Civil Procedure section 2033.420.

6  **DEFINITIONS**

7  1.  "YOU" or "YOUR" means Plaintiff ANTONIA SILVA.

8  2.  "DEFENDANT" or "WALMART" refers to Defendant WALMART, INC. and
9  their agents, employees, insurance companies, and their agents, their employees, their attorneys,
10  their accountants, their investigators, and anyone else acting on their behalf.

11  3.  "COMPLAINT" means the Complaint filed by YOU in this action, *ANTONIA*
12  *SILVA v. WALMART, INC., et al.*, Los Angeles County Superior Court, Case Number BC716531.

13  4.  "INCIDENT" includes the circumstances and events surrounding the alleged
14  occurrences giving rise to this action as alleged in YOUR COMPLAINT.

15  **REQUESTS FOR ADMISSION**

16  **REQUEST FOR ADMISSION NO. 25:**

17  Admit that YOU are a citizen of California.

18  **REQUEST FOR ADMISSION NO. 26:**

19  Admit that YOUR alleged damages resulting from the INCIDENT amount to more than
20  $75,000.

21

22  PETTIT KOHN INGRASSIA LUTZ & DOLIN PC

23

24  Dated:  October 2, 2018        By:

25  Andrew O. Smith, Esq.
     Silvia E. Luna, Esq.
26  Attorneys for Defendant
     WALMART, INC.

27

28

2

DEFENDANT WALMART, INC.'S REQUEST FOR ADMISSIONS PROPOUNDED **EXHIBIT 9**
PLAINTIFF ANTONIA SILVA (SET TWO)                          **21**

**PROOF OF SERVICE**
*Antonia Silva v. Walmart, Inc., et al.*
**Los Angeles Superior Court Case No. BC716531**

I, the undersigned, declare that:

I am and was at the time of service of the papers herein, over the age of eighteen (18) years and am not a party to the action. I am employed in the County of Los Angeles, California, and my business address is 5901 W. Century Blvd., Suite 1100, Los Angeles, California 90045.

On ___10/02/18___, I caused to be served the following documents:

**DEFENDANT WALMART, INC.'S REQUESTS FOR ADMISSION PROPOUNDED TO PLAINTIFF ANTONIA SILVA (SET TWO)**

[ ]  **BY FACSIMILE TRANSMISSION (Code Civ. Proc. §§ 1013(e)-(f)):** From fax number (310) 649-5777 to the fax numbers listed below. The facsimile machine I used complied with Cal. Rules of Court, rule 2.306 and no error was reported by the machine. I caused the machine to print a transmission record, a copy of which will be maintained with the document(s) in our office.

[X]  **BY MAIL:** By placing a copy thereof for delivery in a separate envelope addressed to each addressee, respectively, as follows:

    [X]   **BY FIRST-CLASS MAIL (Code Civ. Proc. §§ 1013(a)-(b))**
    [ ]   **BY OVERNIGHT DELIVERY (Code Civ. Proc. §§ 1013(c)-(d))**
    [ ]   **BY CERTIFIED MAIL, RETURN RECEIPT REQUESTED (Code Civ. Proc. §§ 1013(a)-(b))**

[ ]  **BY ELECTRONIC SERVICE (California Rule of Court 2.251):** By submitting an electronic version of the document(s) via file transfer protocol (FTP) to OneLegal Online Court Services through the upload feature at www.onelegal.com.

Mauro Fiore, Esq.
LAW OFFICES OF MAURO FIORE, Jr.
136 E. Lemon Ave
Monrovia, CA 91016
Tel: (626) 856-5856
Fax: (626) 386-5520
**Attorneys for Plaintiff**
**ANTONIA SILVA**

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the United States Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business. I am aware that service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on ___10/02/18___ at Los Angeles, California.

_____
Bridgette Araiza

2354-9012

3

**EXHIBIT 9**
**22**

1   Mauro Fiore, Jr., Esq., State Bar No. 196857
2   Krystale Rosal, Esq., State Bar No. 272531
    **LAW OFFICES OF MAURO FIORE, JR.**
3   136 E. Lemon Ave.
    Monrovia, CA 91016
4   Telephone No.: (626) 856-5856
5   Facsimile No.: (626) 386-5520

6   Attorneys for Plaintiff, ANTONIA SILVA

7                **SUPERIOR COURT OF THE STATE OF CALIFORNIA**

8                        **COUNTY OF LOS ANGELES**

9

10
11  ANTONIA SILVA,                          )  Case No.: BC716531
                                            )  *[Assigned to Hon. Christopher K. Lui, Dept. 4]*
12              Plaintiff,                   )
        vs.                                 )  **PLAINTIFF ANTONIA SILVA'S**
13                                          )  **RESPONSES TO DEFENDANT**
    WALMART, INC.; WAL-MART                 )  **WALMART, INC. REQUEST FOR**
14  ASSOCIATES, INC.; WAL-MART STORES,      )  **ADMISSIONS, SET NO. TWO**
    INC.; AND DOES 1 TO 20, INCLUSIVE,      )
15                                          )  Complaint Filed: August 3, 2018
                                            )  Trial Date: February 3, 2020
16              Defendants.                 )
                                            )
17  _____)

18

19      **PROPOUNDING PARTY:**    **Defendant, WALMART, INC.**

20      **RESPONDING PARTY:**     **Plaintiff, ANTONIA SILVA**

21      **SET NO.:**              **TWO (2)**

22          Pursuant to the Code of Civil Procedure § 2033.210 *et. seq.*, Plaintiff, **ANTONIA SILVA,**

23  hereby responds to Defendant, **WALMART, INC.**'S Request for Admissions, Set Two, as follows:

24                        **PRELIMINARY STATEMENT**

25          Plaintiff has responded to all requests to the extent that information is presently known.

26  However, discovery, investigation and preparation for trial in this matter has not been completed

27  as of the date of these responses, and therefore does not purport to state herein anything more than

28                                      1

1  information presently known or discovered. Plaintiff reserves the right to continue discovery and

2  investigation in this matter for facts, witnesses, and supporting data that may reveal information,

3  which if had been previously within her knowledge, would have been included in these responses.

4  Consequently, Plaintiff is not precluded from presenting evidence at trial relating to discovery taken

5  after the date of this response. This preliminary statement is incorporated into each of these

6  responses set forth in full.

7  **<u>RESPONSES TO REQUESTS FOR ADMISSION</u>**

8  **<u>RESPONSE TO REQUEST FOR ADMISSION NO. 25</u>**:

9      Admit.

   **<u>RESPONSE TO REQUEST FOR ADMISSION NO. 26</u>**:

10     Admit.

11 DATED:   November 6, 2018          **LAW OFFICES OF MAURO FIORE, JR.**

12

13

14 By: _____

15         Mauro Fiore, Jr., Esq.
           Krystale Rosal, Esq.

16         Attorneys for Plaintiff, ANTONIA SILVA

17

18

19

20

21

22

23

24

25

26

27

28

2

PLAINTIFF'S RESPONSES TO DEFENDANT'S
REQUEST FOR ADMISSIONS, SET TWO    **EXHIBIT 10**
    **24**

## VERIFICATION

STATE OF CALIFORNIA, COUNTY OF _____ LOS ANGELES

I have read the foregoing _Plaintiff's responses to Defendant's Request for_
_Admissions, Set Two_ and know its contents.

[ X ] **CHECK APPLICABLE PARAGRAPHS**

[X] I am a party to this action. The matters stated in the foregoing document are true of my own knowledge except as to those matters which are stated on information and belief, and as to those matters I believe them to be true.

[ ] I am [ ] an Officer [ ] a partner _____ a _____ of _____

_____,
a party to this action, and am authorized to make this verification for and on its behalf, and I make this verification for that reason. [ ] I am informed and believe and on that ground allege that the matters stated in the foregoing document are true. [ ] The matters stated in the foregoing document are true of my own knowledge, except as to those matters which are stated on information and belief, and as to those matters I believe them to be true.

[ ] I am one of the attorneys for _____
a party to this action. Such party is absent from the county of aforesaid where such attorneys have their offices, and I make this verification for and on behalf of that party for that reason. I am informed and believe and on that ground allege that the matters stated in the foregoing document are true.

Executed on __11/6/18__ , at __PICO RIVERA__ , California.
I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

__ANTONIA SILVA__                    _(signature)_
Type or Print Name                       Signature

## PROOF OF SERVICE
1013a (3) CCP Revised 5/1/88

STATE OF CALIFORNIA, COUNTY OF _____

I am employed in the county of _____ , State of California.
I am over the age of 18 and not a party to the within action; my business address is: _____

On, _____ I served the foregoing document described as _____

_____ on _____ in this action

[ ] by placing the true copies thereof enclosed in sealed envelopes addressed as stated on the attached mailing list:
[ ] by placing [ ] the original [ ] a true copy thereof enclosed in sealed envelopes addressed as follows:

[ ] **BY MAIL**

[ ] *I deposited such envelope in the mail at _____ , California.
The envelope was mailed with postage thereon fully prepaid.

[ ] As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at _____ California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

Executed on _____ , at _____ , California.

[ ] **\*\*(BY PERSONAL SERVICE)** I delivered such envelope by hand to the offices of the addressee.

Executed on _____ , at _____ , California.

[ ] (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.
[ ] (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

_____        _____
Type or Print Name                        Signature

*(BY MAIL SIGNATURE MUST BE OF PERSON DEPOSITING ENVELOPE IN MAIL SLOT, BOX, OR BAG)
**(FOR PERSONAL SERVICE SIGNATURE MUST BE THAT OF MESSENGER)

Legal
Solutions
& Plus                    Rev. 7/99

**EXHIBIT 10**
**25**

### PROOF OF SERVICE
### [C.C.P. Sections 1013a and 2015.5]

I am employed in the County of Los Angeles, State of California.   I am over the age of 18 years and not a party to the within action.   My business address is 136 E. Lemon Avenue, Monrovia, CA 91016.

On November 6, 2018, I served the following documents: **PLAINTIFF ANTONIA SILVA'S RESPONSES TO DEFENDANT WALMART, INC.'S REQUEST FOR ADMISSIONS, SET NO. TWO** on the interested parties to this action, by placing a true copy thereof in an envelope addressed as shown below, by the following means of service:

| | |
|---|---|
| Andrew O. Smith, Esq.<br>Silvia E. Luna, Esq.<br>**PETTIT KOHN INGRASSIA LUTZ &<br>DOLIN PC**<br>5901 W. Century Blvd., Suite 1100<br>Los Angeles, CA 90045<br>Tel: (310) 649-5772<br>Fax: (310) 649-5777 | *Counsel for Defendants: WALMART,<br>INC.* |

[XX]   BY MAIL:   I placed a true copy in a sealed envelope addressed as indicated above, on the above-mentioned date.   I am familiar with the firm's practice of collection and processing correspondence for mailing.   It is deposited within the U.S. Postal Service on that same day in the ordinary course of business.   I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit of mailing in affidavit.

[  ]   BY FACSIMILE:   From facsimile number 626-386-5520, I caused each document to be transmitted by facsimile machine, to the parties and numbers indicated above, pursuant to Rule 2008.   The facsimile machine I used to complied with rule 2003(3) and no error was reported by the machine.   Pursuant to Rule 1008(e)(4), I caused the machine to print a record of the transmission, a copy of which is attached hereto.

I declare, under penalty of perjury under the laws of the State of California, that the foregoing is true and correct.

Executed on November 6, 2018, at Monrovia, California.

VICTOR CRUZ

3